NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 03-387

STATE OF LOUISIANA

VERSUS

ALLEN SCOTT WILLIAMS

**********

APPEAL FROM THE
TWENTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF LASALLE, NO. 66997
HONORABLE W. PEYTON CUNNINGHAM  JR., DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.

Thibodeaux, J., dissents and assigns written reasons.

AFFIRMED.

David E. Stone
Attorney At Law
P. O. Box 165
Alexandria, LA 71309
(318) 445-4601
Counsel for: Defendant/Appellant
Allen Scott Williams

**J. Reed Walters**
**District Attorney - 28th Judicial District Court**
**P. O. Box 1940**
**Jena, LA 71342**
**(318) 992-8282**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**